IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERA COLLINS AND JENNIFER GUICE** § | | **PLAINTIFFS** |
| § | | |
| **v.** § | **CIVIL ACTION NO. 1:05CV136-LG-JMR** | |
| § | | |
| **CINGULAR WIRELESS LLC d/b/a** § | | |
| **CINGULAR WIRELESS** § | | **DEFENDANT** |

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [43] filed by Defendant, Cingular Wireless LLC d/b/a Cingular Wireless, the Court, after a full review and consideration of Defendant's Motion, the pleadings on file, and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of Defendant pursuant to FED. R. CIV. P. 56. Plaintiffs' claims are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 24th day of August, 2007.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE